■ HERBERT GILBERT et al., Respondents, v. WORKMAN'S CIRCLE CAMP OF THE NEW YORK BRANCHES, INC., Appellant.— Motion for reargument and for leave to appeal to the Court of Appeals referred to the court that rendered the decision. Nolan, P. J., Beldock, Ughetta, Christ and Pette, JJ., concur. Motion for reargument denied, with $10 costs. Motion for leave to appeal to the Court

of Appeals denied. Nolan, P. J., Beldock, Ughetta, Christ and Brennan, JJ., concur.